UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RONNIE MANUEL PREAL,

          Petitioner,

v.

DIRECTOR, BUREAU OF PRISONS,

          Respondent.

Case No. C17-1527-JLR-JPD

ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME

This is a federal habeas action filed under 28 U.S.C. § 2241. This matter comes before the Court at the present time on respondent's motion for an extension of time to file a return to petitioner's federal habeas petition. Petitioner has not opposed the motion. The Court, having reviewed respondent's motion, and the balance of the record, hereby ORDERS as follows:

(1) Respondent's motion for an extension of time to file a return to petitioner's federal habeas petition (Dkt. 12) is GRANTED. Respondent is directed to file and serve a return not later than March 2, 2018. Respondent shall note the return for consideration on the fourth Friday after it is filed, and the Clerk shall note the return accordingly. Petitioner may file and serve a response not later than the Monday immediately preceding the Friday appointed for

ORDER GRANTING RESPONDENT'S
MOTION FOR EXTENSION OF TIME - 1

consideration of the matter, and respondent may file and serve a reply brief not later than the Friday designated for consideration of the matter.

(2) The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to the Honorable James L. Robart.

DATED this 9th day of February, 2018.

*James P. Donohue*

JAMES P. DONOHUE
Chief United States Magistrate Judge

ORDER GRANTING RESPONDENT'S
MOTION FOR EXTENSION OF TIME - 2