UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RONNIE MANUEL PREAL,<br><br>Petitioner,<br><br>v.<br><br>DIRECTOR, BUREAU OF PRISONS,<br><br>Respondent. | Case No. C17-1527-JLR<br><br>ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS |

The Court, having reviewed petitioner's petition for writ of habeas corpus, respondent's response to the petition, petitioner's reply in support of his petition, the Report and Recommendation of James P. Donohue, United States Magistrate Judge, and the remaining record, hereby finds and ORDERS:

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's petition for writ of habeas corpus (Dkt. 4) is DENIED and this action is DISMISSED with prejudice.

//

//

//

ORDER DENYING PETITION FOR
WRIT OF HABEAS CORPUS - 1

(3)     The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to the Honorable James P. Donohue.

DATED this 15th day of June, 2018.

*[signature]*

JAMES L. ROBART
United States District Judge

ORDER DENYING PETITION FOR
WRIT OF HABEAS CORPUS - 2